UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 10-1051-AG(RNBx) | Date | November 8, 2010 |
|---|---|---|---|
| Title | GEM & I PRODUCTS, INC. v DISNEY CONSUMER PRODUCTS, INC., ET AL | | |

| Present: The Honorable | ANDREW J. GUILFORD, U.S. District Judge |
|---|---|

| Lisa Bredahl | Denise Paddock |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Marc Williams<br>Joseph Liu | Robert Besser<br>Christopher Ruhland<br>Mark Shean<br>Enoch Liang |

**Proceedings:** 1. SCHEDULING CONFERENCE
2. DEFENDANT DISNEY CONSUMER PRODUCTS INC'S MOTION TO DISMISS OR IN THE ALTERNATIVE FOR MORE DEFINITE STATEMENT

Cause is called for hearing and counsel make their appearances. Motion is argued and taken under submission.

Court and counsel confer re Scheduling Conference. The Court sets the following dates:

Discovery Cutoff is November 14, 2011.

A Final Pretrial Conference is set for January 30, 2012, at 8:30 a.m.

A Jury Trial is set for February 14, 2012 at 9:00 a.m. Court sets the length of the trial at 8 days.

Scheduling Order Specifying Procedures is signed and filed this date.

: 40

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 10-1051-AG(RNBx) | Date | November 8, 2010 |
|---|---|---|---|
| Title | GEM & I PRODUCTS, INC. v DISNEY CONSUMER PRODUCTS, INC., ET AL | | |

| | Initials of Preparer | lmb |
|---|---|---|